IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANAI REYES, ELISHA EVRIDGE, and
CONNIE WARREN,

    Plaintiffs,

v.   No. 1:20-cv-330-WJ-KK

FIRST JUDICIAL DISTRICT ATTORNEY'S
OFFICE, FIRST JUDICIAL DISTRICT ATTORNEY
MARCO P. SERNA, and the STATE OF NEW MEXICO
ADMINISTRATIVE OFFICE OF THE DISTRICT
ATTORNEYS,

    Defendants.

## RULE 58 JUDGMENT

THIS MATTER came before the Court upon a motion to dismiss filed in the above-captioned case. Pursuant to the Court's findings and conclusions set forth in the Memorandum Opinion and Order (**Doc. 22**) which accompanies this Rule 58 Judgment;

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Defendants' Motion to Dismiss is granted, and Plaintiffs' claims are dismissed without prejudice based on a lack of subject matter jurisdiction on the federal claim and based on the Court declining to exercise supplemental jurisdiction on Plaintiffs' state law claims.

                                                  CHIEF UNITED STATES DISTRICT JUDGE